Carlos Makoto Taitano, State Bar No. 275820
makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   1 671 777 0581

Attorney for Requester
Bitwallet Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DMCA Subpoena to<br><br>Google LLC | Case Number: 22-mc-80128<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

Requester Bitwallet Pte. Ltd. (the "**Requester**") hereby requests that the Clerk of this Court issue a subpoena to Google LLC ("**Google**") requiring Google to identify the person that infringed upon copyrighted works of the Requester pursuant to 17 U.S.C. § 512(h).

As part of this request, the Requester herewith files the following documents required by § 512(h) for issuance of a subpoena:

1. a copy of the § 512(c)(3)(A) notification;
2. the proposed subpoena; and
3. a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code.

//

//

Having complied with the statutory requirements, the Requester respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned for service upon Google.

Dated May 25, 2022.

                                            _____/s/   Carlos Makoto Taitano_____
                                            CARLOS MAKOTO TAITANO
                                            Attorney for Requester
                                            Bitwallet Pte. Ltd.

**In Re DMCA Subpoena to Google LLC**
Request to the Clerk for Issuance of Subpoena | 22-mc-80128

  

**Copyright Removal**     Help ▾

---

### Report alleged copyright infringement: Google Sites

It is our policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act (the text of which can be found at the U.S. Copyright Office Web Site, http://www.copyright.gov) and other applicable intellectual property laws. Our response may include removing or disabling access to material claimed to be the subject of infringing activity and/or terminating subscribers. If we remove or disable access in response to such a notice, we may notify the owner or administrator of the affected site or content so that he or she can make a counter notification. It is also our policy to document all notices of alleged infringement on which we act, including by sending a copy of the notice to one or more third parties or making it available to the public. You can see an example of such a publication at http://lumendatabase.org/notices/861.

**Infringement Notification**

To file a notice of infringement with us, you may use the form provided below.

IMPORTANT: Misrepresentations made in your notice regarding whether material or activity is infringing may expose you to liability for damages (including costs and attorneys' fees). Courts have found that you must consider copyright defenses, limitations or exceptions before sending a notice. In one case involving online content, a company paid more than $100,000 in costs and attorneys fees after targeting content protected by the U.S. fair use doctrine. Accordingly, if you are not sure whether material available online infringes your copyright, we suggest that you first contact an attorney.

*\* Required field*

**Contact Information**

First name: *
`Akio`

Last name: *
`Noguchi`

Company Name:
`Arch-crest law office`

Copyright holder you represent: *
`Bitwallet Pte. Ltd.` ▾  Add represented copyright holder

Email address: *
`noguchi@j-jurist.com`

Country/Region: *
`Japan` ▾

**YOUR COPYRIGHTED WORK**

In order to permit us to verify that your work actually appears at the URLs targeted by your notice, please provide us with information that identifies in sufficient detail the copyrighted work that you believe has been infringed upon.

**Is the submission related to an unauthorized stream of an upcoming live-event?** *
`No` ▾

---

**Identify and describe the copyrighted work:** *

(For example, "The photographs of the black widow spider with red spots and that of the black labrador retriever which can be viewed at the URL below" or "My published book, "Touch Not This Cat", is infringed by the text excerpted on the site, beginning with the text 'I came home to find my cat sitting on the kitchen counter.'")

If this notice concerns multiple infringed works, please submit only the first one in this box. Then, click the 'Add a new group' link below the text boxes to add another infringed work.

```
Infringing website contains screenshots of my client's copyrighted website and logo of which
they have never licensed such use to anyone else.
Therefore, the uploaded screenshots are infringing my client's copyright.
```

**Where can we see an authorized example of the work?:**

(Please provide URL(s) where an example of the copyrighted work can be viewed. This will be used by our team to verify that the work appears on the pages you are asking us to remove.)

```
https://bitwallet.com/ja/
https://bitwallet.com/ja/news/201809101.html
```

Please enter one URL per line (Max 1000 lines)

**Location of infringing material:** *

Please provide the URL(s) of the allegedly infringing material that you are asking us to remove.

If this notice concerns more than one copyrighted work, please input the URLs for the first work below. Then, click the 'Add a new group' link below to input infringing URLs related to another infringed work.

**Acceptable URL formats:**

```
https://sites.google.com/site/fakesite/fake-page
https://sites.google.com/site/fakesite/
https://sites.google.com/a/fakedomain.com/fakesite/fake-page
https://sites.google.com/a/fakedomain.com/fakesite/
https://drive.google.com/viewerng/viewer?a=v&pid=sites&srcid=A1b2C3d4E
https://a1b2c-s-sites.googlegroups.com/site/defg/hijk/fake-document.pdf
```

```
https://sites.google.com/site/abunaitoushi/home/trans-index/tr2

Please enter one URL per line (Max 1000 lines)
```

Add a new group (Max 10 groups)

**SWORN STATEMENTS**

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

☑ Please check to confirm

The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

☑ Please check to confirm

I understand that a copy of each legal notice may be sent to the Lumen project (http://lumendatabase.org) for publication and annotation. I also understand that Lumen redacts personal contact information from notices before publication, but in many cases, will not redact my name.

☑ Please check to confirm

**SIGNATURE**

Signed on this date of: *
05/24/2022
MM/DD/YYYY (e.g. "12/19/2010")

Signature: *
Akio Noguchi
e.g. John A. Smith

By typing your full name above, you are providing us with your digital signature, which is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this web form in order for your submission to be successful.



✓ I'm not a robot    reCAPTCHA
                     Privacy - Terms

Please note that we may ask for additional information if your notice isn't properly filled out or if the complaint is incomplete. If multiple Google products are affected, please submit a notice for each affected product by following the instructions here.

**Account Disabling**

Many Google Services do not have account holders or subscribers. For Services that do, Google will, in appropriate circumstances, disable the accounts of repeat infringers.

Submit

© 2022 Google LLC - Webmaster Central - Terms of Service - Privacy Policy - Search Console Help

Carlos Makoto Taitano, State Bar No. 275820
makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   1 671 777 0581

Attorney for Requester
Bitwallet Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re DMCA Subpoena to

Google LLC

Case Number:

**DECLARATION OF AKIO NOGUCHI**

I, Akio Noguchi, declare as follows:

1. I am an attorney (b*engoshi* in Japanese) qualified and registered to practice law in Japan, I represent the copyright owner Bitwallet Pte. Ltd. (the "**Requester**"), and I am authorized to act on behalf of the Requester.

3. The Requester is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to Google LLC, which is a service provider, for identification of the person allegedly infringing upon the Requester's copyrighted work.

4. The purpose for which the subpoena is being sought is to obtain the identity of the alleged infringer and such information obtained will only be used for the purpose of protecting rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2022.

_____
AKIO NOGUCHI

**In Re DMCA Subpoena to Google LLC**
Declaration of Akio Noguchi

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In Re DMCA Subpoena to Google LLC

)
~~Plaintiff~~ )
~~v.~~ ) Civil Action No. 22-mc-80128
)
)
~~Defendant~~ )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Google LLC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment 1

| Place: By email to: makoto@taitano.us.com; or at: Warp9, c/o Carlos Makoto Taitano, 480 Clementina St., #A, San Francisco, CA 94103 | Date and Time: 31 days after date of service |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Bitwallet Pte. Ltd._____ , who issues or requests this subpoena, are:
Carlos Makoto Taitano, MFPR Roppongi Azabudai Bldg. 11F, 1-8-7 Roppongi, Minato-ku, Tokyo 153-0053 Japan,
makoto@taitano.us.com, 1.671.777.0581

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 22-mc-80128

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Attachment 1**

**REQUEST FOR PRODUCTION**

Google LLC is hereby authorized and ordered to expeditiously disclose to the Requester, Bitwallet Pte. Ltd., information sufficient to identify the alleged infringer who published the copyrighted materials at https://sites.google.com/site/abunaitoushi/home/trans-index/tr2, which copyrighted material is described in the notification to you dated May 24, 2022 from Bitwallet Pte. Ltd.'s Japanese legal counsel Akio Noguchi of Arch-crest Law Office.

The identifying information sought by this subpoena includes, but is not limited to, any and all:

(i) names;
(ii) addresses;
(iii) e-mail addresses;
(iv) telephone numbers;
(v) names and addresses of all credit cards;
(vi) names, addresses, e-mail addresses, telephone numbers, and names of the payment methods (such as PayPal), for all non-credit card payment methods registered to the user's account; and,
(vii) access log (dates, times, and IP addresses) of the user's account since the time that the account was created until the time that you respond to this subpoena.

**In Re DMCA Subpoena to Google LLC**
Attachment 1 to Subpoena | 22-mc-80128