Carlos Makoto Taitano, State Bar No. 275820
makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   1 671 777 0581

Attorney for Requester
Bitwallet Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DMCA Subpoena to<br><br>Google LLC | Case Number: 22-mc-80128-SVK<br><br>**REQUEST TO THE CLERK FOR SUBPOENA TO BE CORRECTED** |

Upon review of the Subpoena that was issued by the Clerk of this Court on May 26, 2022 (ECF No. 3), the Requester Bitwallet Pte. Ltd. (the "**Requester**") has noticed that pages 2 and 3 and Attachment 1 is missing from the Subpoena.

The Requester apologizes for not making it more explicit for the Clerk to discern what the Subpoena consists of by attaching the proposed Subpoena as a separate attachment on CM/ECF. The Subpoena consists of pages 6 through 9 of the Request filed with this Court. ECF No. 1 at 6-9.

Requester hereby respectfully requests that the Clerk of this Court correct the subpoena to Google LLC by attaching pages 2 and 3 and Attachment 1 to the Subpoena. Dated May 27, 2022.

              _____/s/_ Carlos Makoto Taitano_____
              CARLOS MAKOTO TAITANO
              Attorney for Requester
              Bitwallet Pte. Ltd.